**FILED**
MAR 13 2015
LESLIE MASON
CIRCUIT CLERK

IN THE CIRCUIT COURT FOR THE OSCEOLA DISTRICT OF
MISSISSIPPI COUNTY, ARKANSAS
GENERAL CIVIL DIVISION

PLUM POINT
ENERGY ASSOCIATES, LLC
                    PLAINTIFF

VS.               CASE NO. CV-2015-14(RP)

SOUTH MISSISSIPPI
ELECTRIC POWER ASSOCIATION            DEFENDANT

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion for Temporary Restraining Order, and the Court, having considered the motion, the record, and the arguments of counsel, and for good cause, concludes the following:

1. Absent relief, Plaintiff will suffer irreparable harm in that AAA Arbitration Case No. 01-15-0002-6062 will proceed in Plaintiff's absence, including by the appointment of an arbitrator not of Plaintiff's choosing, before a determination can be made on Plaintiff's motion to stay said arbitration;
2. Plaintiff has made reasonable efforts to notify Defendant of the Motion for Temporary Restraining Order;
3. No security is necessary to protect Defendant in connection with the requested relief; and
4. AAA Arbitration Case No. 01-15-0002-6062 should be stayed until such time as a hearing can be had on Plaintiff's Motion to Stay Arbitration.

THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED that:

(a) Plaintiff's Motion for Temporary Restraining Order is GRANTED; and
(b) AAA Arbitration Case No. 01-15-0002-6062 is stayed until such time as a hearing can be had on Plaintiff's Motion to Stay Arbitration.

This 13th day of March, 2015.

_____
Circuit Court Judge presiding