IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PLUM POINT ENERGY
ASSOCIATES LLC                                                      PLAINTIFF/
                                                            COUNTER DEFENDANT

v.                           No. 3:15-cv-70-DPM

SOUTH MISSISSIPPI ELECTRIC
POWER ASSOCIATION                                                   DEFENDANT/
                                                             COUNTER CLAIMANT

## JUDGMENT

The complaint and counterclaim are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 June 2017